UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO: 07-110 S

CARL AMARAL,
Plaintiff,

v.

LOWE'S HOME CENTERS, INC.,
Defendant.

**CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, LOWE'S HOME CENTERS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant, Lowe's Home Centers, Inc., identifies the following:

1. Lowe's Companies, Inc. is the parent corporation of Lowe's Home Centers, Inc.; and,

2. Lowe's Companies, Inc. is a publicly held company that owns 10% or more of Lowe's Home Centers, Inc.'s stock.

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

/s/ Paul Sullivan

Paul Sullivan
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660 Telephone
(401) 351-4420 Facsimile
pvsullivan@morrisonmahoney.com

Dated: April 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 11th day of April, 2007.

/ s / Paul Sullivan