UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CARL AMARAL , Plaintiff, | ) ) | |
| v. | ) | CASE NO. 07-110 S |
| | ) | |
| LOWE'S HOME CENTERS, INC., Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**
**(Re: Thomas C. Federico, Esq.)**

Defendant Lowe's Home Centers, Inc. hereby moves that attorney Thomas Federico, Esq., be admitted PRO HAC VICE in the above-case with local counsel identified below.

LOWE'S HOME CENTERS, INC.,
By its attorneys,
MORRISON MAHONEY LLP,

/ s / Paul Sullivan

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
pvsullivan@morrisonmahoney.com

Dated: April 11, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**
**(Re: Thomas C. Federico, Esq.)**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the **Commonwealth of Massachusetts,** and of the following Federal District Court and/or Court of Appeals Bars, **United States District Court for the District of Massachusetts, United States Circuit Court of Appeals for the First Circuit, and the United States Supreme Court,** and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months:

- **None**.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen. 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Thomas C. Federico
__________________________
Thomas C. Federico, Esq.
Morrison Mahoney LLP
250 Summer Street
Brookline, MA
Tel: (617) 439-7500
e-mail: tfederico@morrisonmahoney.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen. 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/ s / Paul Sullivan
Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

---

## **Order**

This motion is hereby __________________________.

____________________
District Judge

Date:



633681v1

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 11th day of April, 2007.

/ s / Paul Sullivan