UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CARL AMARAL,<br>Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>Defendant. | ) | CIVIL ACTION NO: 07-110 S |

**DEFENDANT LOWE'S HOME CENTERS, INC.'S ASSENTED TO MOTION TO EXCUSE REPRESENTATIVE'S IN-PERSON ATTENDANCE AT CONFERENCE**

Defendant Lowe's Home Center's Inc., hereby requests that Charlotte Stapleton of SRS Specialty Risk Services be excused from personally appearing at the mandatory settlement conference with U.S. Magistrate Judge Robert W. Lovegreen on June 26, 2007, at 9:30 a.m. As grounds for this motion, the defendant states that Ms. Stapleton is located in Charlotte, North Carolina; she will be available via telephone to participate in the settlement conference; and defense counsel attending in person will have full settlement authority. Defendant Lowe's further states that the plaintiff assents to this motion.

Defendant,
Lowe's Home Centers, Inc.

/s/ Paul Sullivan

______________________________
Paul Sullivan
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 331-4660 Telephone
pvsullivan@morrisonmahoney.com

Assented To:
Plaintiff Carl Amaral,

/s/ Michael Colucci

______________________________
Michael J. Colucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick, RI 02886

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 8th day of June, 2007.

/ s / Paul Sullivan