UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CARL AMARAL,<br>Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO: 07-110 S |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

Plaintiff Carl Amaral hereby dismisses with prejudice and without costs all claims and counts asserted against the defendant in the above-captioned matter.

CARL AMARAL,
By his Attorneys,

Olenn & Penza,

/s/ Michael J. Colucci

Michael J. Colucci, Esq.
Olenn & Penza
530 Greenwich Avenue
Warwick, RI 02886
Tel: (401) 737-3700
Fax: (401) 737-5499

LOWE'S HOME CENTERS, INC
By its Attorneys,

MORRISON MAHONEY LLP

/s/ Paul Sullivan

Paul V. Sullivan, #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 27th of June, 2007.

/ s / Paul Sullivan